**Order entered October 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01035-CV

### IN RE THOMAS A. KING, Relator

**Original Proceeding from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-00881-2015**

## ORDER

Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/      DAVID J. SCHENCK
          JUSTICE